KERSHAW TALLEY BARLOW PC
William A. Kershaw (SBN 057486)
Ian J. Barlow (SBN 262213)
Jack R. Davis (SBN 350365)
401 Watt Ave, Ste 1
Sacramento, CA 95864
Tel: 916-779-7000
Fax: 916-244-4829
bill@ktblegal.com
ian@ktblegal.com
jack@ktblegal.com

*Attorneys For Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S., a minor, by and through his Guardian ad Litem, Twylia Schwab,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EPIC GAMES, INC., and JOHN DOES 1-50,<br>　　　　　　Defendants. | CASE NO.: 2:25-cv-02727-JAM-CSK<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

　　　　Plaintiff, J.S. ("J.S.") respectfully petitions the Court for appointment of a guardian ad litem, as follows:

　　　　1.　　J.S. is 10 years old and a minor.

　　　　2.　　J.S. is commencing an action in this court against Defendants, Epic Games, Inc. and John Does 1-50 to recover damages, pursuant to and under the laws of the State of California, arising from the severe injuries sustained because of J.S.' use of Defendants' video game products.

　　　　3.　　J.S. has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Twylia Schwab is J.S.' biological mother. She raised J.S. She is a competent and responsible person, and fully competent to act as J.S.' guardian ad litem in this matter. At all relevant times, Twylia Schwab has acted on behalf of J.S. in the role of parent and guardian, representing J.S. at any and all academic and disciplinary matters including in IEP meetings.

5. Twylia Schwab is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing Twylia Schwab as guardian ad litem of petitioner for the purpose of bringing action against Epic Games, Inc. and John Does 1-50 on the claim hereinabove stated.

Date: September 23, 2025

Respectfully submitted,

KERSHAW TALLEY BARLOW PC

/s/ William A. Kershaw
William A. Kershaw
Ian J. Barlow
Jack R. Davis
401 Watt Ave, Ste 1
Sacramento, CA 95864
Tel: 916-779-7000
Fax: 916-244-4829
bill@ktblegal.com
ian@ktblegal.com
jack@ktblegal.com

*Attorneys For Plaintiffs*

**CONSENT OF NOMINEE**

I, Twylia Schwab, the nominee of the Petitioner, consent to act as guardian ad litem for the petitioner in the above action.

DATED: September 23, 2025

Twylia Schwab

- 2 -
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

**ORDER**

The petition for an order appointing Twylia Schwab as guardian ad litem for Petitioner J.S. is hereby **GRANTED**.

DATED: October 22, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM